# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DAN MULLINS,

       Plaintiff,            :            Case No. 3:08-cv-363

                                        District Judge Walter Herbert Rice
    -vs-                             Magistrate Judge Michael R. Merz

                                :

GOODMAN DISTRIBUTION, INC.,

       Defendant.

## MEDIATOR'S REPORT

This case came on for mediation before the undersigned on this date[1]. Both parties complied with the Order Setting Mediation in terms of pre-mediation statements and authority. The mediation proceeded for one and one-half hours but was unfortunately unsuccessful.

September 22, 2009.

                                                              s/ **Michael R. Merz**
                                                              United States Magistrate Judge

---

[1] The case was referred on June 10, 2009, and the Magistrate Judge immediately began efforts to set it. However, this was the first date when all parties could be available. Since the mediation was set on June 19, 2009, the parties have completely briefed Defendant's summary judgment motion.